**Electronically Filed
Supreme Court
SCWC-11-0000416
20-NOV-2012
02:57 PM**

SCWC-11-0000416

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALDEN JAMES ARQUETTE,
Petitioner/Plaintiff-Appellee/Cross-Appellee,

vs.

STATE OF HAWAIʻI, STEPHEN H. LEVINS, and MICHAEL J.S. MORIYAMA,
Respondent/Defendant-Appellant/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000416; CIV. NO. 08-1-0118)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna,
and Pollack, JJ., and Circuit Judge Crandall,
in place of Recktenwald, C.J., recused)

The Application for Writ of Certiorari filed on October 9, 2012 by Petitioner/Plaintiff-Appellee/Cross-Appellee Alden James Arquette is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, November 20, 2012.

Eric A. Seitz,
Della Au Belatti,
and Ronald N.W. Kim,
for petitioner

Dennis K. Ferm,
for respondent

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Virginia L. Crandall

